UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMILAH LANAY KNOX,

Plaintiff,

v.

SALAS,

Defendant.

No. 2:25-cv-3570 AC

ORDER

Plaintiff, a prisoner proceeding pro se, has submitted a proposed subpoena, see ECF No. 8, which the undersigned construes as a motion for issuance of a subpoena to Kathereen Silvas for the production of certain audio and video footage from plaintiff's former facility. However, this court has not yet granted plaintiff permission to proceed in forma pauperis or directed service of the complaint on defendant. As a result, defendant has not filed a notice of appearance and a discovery and scheduling order has not issued. For these reasons, plaintiff's motion for a subpoena is premature. Requests for third-party subpoenas and party discovery must await issuance of a discovery and scheduling order. [1]

////

////

[1] Plaintiff also submitted the incorrect subpoena form. Plaintiff is advised that the AO 88A form approved for use in this district (which is available on the court's website) is the appropriate form.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for subpoena (ECF No. 8) is DENIED as premature.

DATED: August 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE